■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. KEITH COX, Appellant, v MARK FARSI et al., Respondents. [753 NYS2d 839] —Appeal from order, Supreme Court, Bronx County (Phylis Skloot Bamberger, J.), entered December 4, 2001, which granted petitioner's motion for reargument of an order, same court and Justice, entered on or about October 17, 2001, denying petitioner's application for a writ of habeas corpus and dismissing the petition, and, upon reargument, adhered to its prior order, unanimously dismissed, without costs.

Since petitioner has been released from prison this appeal is moot (*People ex rel. Jones v New York State Div. of Parole*, 251 AD2d 43). Were we not dismissing the appeal, we would find no basis for reversal. Concur—Tom, J.P., Mazzarelli, Ellerin, Williams and Marlow, JJ.

■ In the Matter of FRANCO MUELLER, Appellant, v STATE OF NEW YORK DIVISION OF HOUSING AND COMMUNITY RENEWAL et al., Respondents. [753 NYS2d 840] —Judgment, Supreme Court, New York County (Louise Gruner Gans, J.), entered May 20, 2002, which dismissed the petition brought pursuant to CPLR article 78 to annul a determination of respondent State of New York Division of Housing and Community Renewal (DHCR), dated September 28, 2000, insofar as such determination found that certain rent overcharges by respondent landlord Harmir Realty Co. were not willful, unanimously affirmed, without costs.

The administrative record provides rational support for respondent DHCR's determination that respondent landlord met its burden to demonstrate that the subject rent overcharges were not willful. Concur—Tom, J.P., Mazzarelli, Ellerin, Williams and Marlow, JJ.